# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ERIMIUS SPENCER, | : Case No. 1:18-cv-00004 |
| Plaintiff, | : |
| v. | : |
| RHM REAL ESTATE, INC. d/b/a RHM REAL ESTATE GROUP, et al. | : |
| Defendants. | : |

**STIPULATED NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT RHM REAL ESTATE, INC. ONLY, PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Now come Plaintiff and Defendant RHM Real Estate, Inc. d/b/a RHM Real Estate Group (hereafter, "Defendant"), through counsel and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby stipulate that any and all claims against Defendant are hereby dismissed, without prejudice.  This Stipulated Notice applies only to Defendant and does not affect any of Plaintiff's claims against any other known defendants named in Plaintiff's Complaint in this case.

| | |
|---|---|
| s/Paul J. Cristallo | s/Matthew J. Bakota |
| Paul J. Cristallo, Esq. (0061820) | Matthew J. Bakota (0079830) |
| The Rockefeller Building | AUMAN, MAHAN & FURRY |
| 614 West Superior Ave., Suite 820 | 110 North Main Street, Suite 1000 |
| Cleveland, OH 44113 | Dayton, Ohio 45402-1738 |
| 216-400-6290 | 937-223-6003 |
| 216-727-0160 Fax | 937-223-8550 Fax |
| paul@makeitrightohio.com | mjb@amfdayton.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Erimius Spencer | RHM Real Estate, Inc. d/b/a RHM Real Estate Group |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

Paul J. Cristallo, Esq. (0061820)
The Rockefeller Building
614 West Superior Ave., Suite 820
Cleveland, OH 44113
216-400-6290
216-727-0160 Fax
paul@makeitrightohio.com
Attorney for Plaintiff
Erimius Spencer

R. Todd Hunt, Esq. (0008951)
Sara J. Fagnilli, Esq. (0029753)
WALTER HAVERFIELD LLP
The Tower of Erieview
1301 East Ninth Street, Suite 3500
Cleveland, OH 44114-1821
Telephone:  (216) 781-1212
Facsimile:  (216) 575-0911
rthunt@walterhav.com
sfagnilli@walterhav.com
Attorneys for Defendants
City of Euclid and Officer Shane Rivera

James A. Climer, Esq. (0001532)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
Attorney for Defendant Michael Amiott

                                                s/Matthew J. Bakota
                                                Matthew J. Bakota (0079830)