IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EREMIUS SPENCER, | ) | CASE NO. 1: 18-cv-00004JG |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | |
| THE CITY OF EUCLID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' OFFER OF JUDGMENT

TO PLAINTIFF ERIMIUS SPENCER AND HIS ATTORNEY OF RECORD:

Defendants City of Euclid, Police Officer Shane Rivera, and Michael Amiott (collectively, "Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:  a judgment in favor of Plaintiff Erimius Spencer ("Plaintiff") and against Defendants, jointly and severally, in the sum of $26,001.00 (twenty-six thousand and one dollars) plus reasonable attorney's fees and costs accrued as of the date of this offer as determined by the Court.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and shall not to be construed as either an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. This offer of judgment is intended to resolve all of Plaintiff's claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, punitive damages, attorneys' fees, litigation expenses and costs of suit.

Respectfully submitted,

/s/ *R. Todd Hunt*
R. Todd Hunt (Reg. No. 0008951)
Email: rthunt@walterhav.com
Direct Dial: 216-928-2935
Sara J. Fagnilli (Reg. No. 0029753)
Email: sfagnilli@walterhav.com
Direct Dial: 216-928-2958
WALTER|HAVERFIELD LLP
The Tower at Erieview
1301 East Ninth Street, Suite 3500
Cleveland, Ohio 44114-1821
Telephone:  (216) 781-1212
Facsimile:  (216) 575-0911

*Attorneys for Defendants City of Euclid and Police Officer Shane Rivera*

MAZANEC, RASKIN & RYDER CO., L.P.A.

/s/  *James A. Climer*
JAMES A. CLIMER (0001532)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com

Co-Counsel: MICHAEL PIOTROWSKI (0063907)
Fraternal Order of Police
2721 Manchester Rd.
Akron, OH 44311
(330) 753-7080
(330) 753-8955 – Fax
Email: mpiotrowski@sbcglobal.net
*Counsel for Defendant Michael Amiott*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, a copy of the foregoing *Defendants' Offer of Judgment* was filed electronically. Notice of this filing will be sent by the operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Sara J. Fagnilli
Sara J. Fagnilli

*Attorney for Defendants City of Euclid and Police Officer Shane Rivera*