IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIMIUS SPENCER, | ) | CASE NO. 1: 18-cv-00004JG |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | |
| THE CITY OF EUCLID, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED WITHDRAWAL OF DEFENDANTS' OFFERS OF JUDGMENT

The parties, Defendants City of Euclid, Police Officer Shane Rivera, and Michael Amiott (collectively, "Defendants") and Plaintiff Erimius Spencer ("Plaintiff") hereby stipulate that the Defendants' Offer of Judgment filed July 12, 2018 (Doc #31) and Offer of Judgment filed July 13, 2018 (Doc #33) are hereby withdrawn, null, and void.

Respectfully submitted,

/s/ *Sara J. Fagnilli*
R. Todd Hunt (Reg. No. 0008951)
Email: rthunt@walterhav.com
Direct Dial: 216-928-2935
Sara J. Fagnilli (Reg. No. 0029753)
Email: sfagnilli@walterhav.com
Direct Dial: 216-928-2958
WALTER | HAVERFIELD LLP
The Tower at Erieview
1301 East Ninth Street, Suite 3500
Cleveland, Ohio 44114-1821
Telephone: (216) 781-1212
Facsimile: (216) 575-0911
*Attorneys for Defendants City of Euclid and Police Officer Shane Rivera*

{02638681 - 1}

MAZANEC, RASKIN & RYDER CO., L.P.A.

/s/ *James A. Climer*
JAMES A. CLIMER (0001532)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jclimer@mrrlaw.com

Co-Counsel: MICHAEL PIOTROWSKI (0063907)
Fraternal Order of Police
2721 Manchester Rd.
Akron, OH 44311
(330) 753-7080
(330) 753-8955 – Fax
Email: mpiotrowski@sbcglobal.net
*Counsel for Defendant Michael Amiott*


The Law Office of Paul J. Cristallo, LLC.

/s/*Paul J. Cristallo*
PAUL J. CRISTALLO (0061820)
Attorney for Plaintiff Erimius Spencer
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, OH 44103
T: 216.400.6290
F: 216.881.3928
E-Mail: paul@cristallolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, a copy of the foregoing *Stipulated Withdrawal of Defendants' Offers of Judgment* was filed electronically. Notice of this filing will be sent by the operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Sara J. Fagnilli*
Sara J. Fagnilli

*Attorney for Defendants City of Euclid and Police Officer Shane Rivera*