UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ERIMIUS SPENCER, | ) CASE NO.: 1:18-CV-00004 |
| | ) |
| Plaintiff, | ) JUDGE:  JAMES S. GWIN |
| | ) |
| vs. | ) **STIPULATION AND ORDER OF** |
| | ) **DISMISSAL** |
| THE CITY OF EUCLID, et al., | ) |
| | ) |
| Defendants | ) |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and should be dismissed with prejudice as to all Defendants.  The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

    IT IS SO ORDERED.

 

_____
JUDGE JAMES S. GWIN

*/s/Paul J. Cristallo* (via email consent 9/13/18)
PAUL J. CRISTALLO (0061820)
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, OH  44103
(440) 472-5262
(216) 881-3928 – Fax
Email: paul@cristallolaw.com

*Counsel for Plaintiff*

*s/James A. Climer*
JAMES A. CLIMER  (0001532)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jclimer@mrrlaw.com

*Counsel for Defendant Euclid Police Officer Michael Amiott*

*/s/R. Todd Hunt (Via Email Consent 9/13/18)*
R. TODD HUNT (0008951)
SARA J. FAGNILLI (0029753)
Walter Haverfield LLP
The Tower at Erieview
1301 East Ninth Street, Suite 3500

Cleveland, Ohio 44114-1821
Telephone: (216) 781-1212
Facsimile: (216) 575-0911
Email: rthunt@walterhav.com
Email: sfagnilli@walterhav.com

*Attorneys for Defendants City of Euclid and Police Officer Shane Rivera*

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          *s/James A. Climer*
          JAMES A. CLIMER (0001532)

          *Counsel for Defendants Euclid Police Officer Michael Amiott*

EUCLID-170342/Stipulation and Order of Dismissal