UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIMIUS SPENCER, | ) | CASE NO.:  1:18-CV-00004 |
| | ) | |
| Plaintiff, | ) | JUDGE:  JAMES S. GWIN |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **DISMISSAL** |
| THE CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendants | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and should be dismissed with prejudice as to all Defendants.  The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

Dated: 9/18/18

_s/  James S. Gwin_____

JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

_/s/Paul J. Cristallo_ (via email consent 9/13/18)
PAUL J. CRISTALLO (0061820)
The Brownhoist Building
4403 St. Clair Avenue
Cleveland, OH  44103
(440) 472-5262
(216) 881-3928 – Fax
Email: paul@cristallolaw.com

_Counsel for Plaintiff_

s/James A. Climer_____
JAMES A. CLIMER  (0001532)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jclimer@mrrlaw.com

_Counsel for Defendant Euclid Police Officer_
_Michael Amiott_

_/s/R. Todd Hunt (Via Email Consent 9/13/18)_
R. TODD HUNT (0008951)
SARA J. FAGNILLI (0029753)
Walter Haverfield LLP
The Tower at Erieview
1301 East Ninth Street, Suite 3500